# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRIGETTE WILLIAMS

VERSUS

JACOB MANSELL

NO.  2026 CW 0026

**APRIL 8, 2026**

---

In Re:    Jacob Mansell, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 24214.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT GRANTED WITH ORDER.** The trial court's November 13, 2025 ruling granting the order of protection pursuant to La. R.S. 46:2136 against defendant, Jacob Mansell, is an appealable judgment. Accordingly, the writ application is granted for the limited purpose of remanding this matter to the trial court with instructions to grant an appeal to the defendant pursuant to his notice of intent to seek supervisory writs. See **In Re Howard**, 541 So.2d 195 (La. 1989) (per curiam). Additionally, a copy of this court's order shall be included in the appellate record.

                    **MRT**
                    **KEB**
                    **BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.